

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-14-00904-CR

Jonathan Matthew **ESCOBEDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-09-0117-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On April 6, 2015, this court entered a late brief notice to appellant. Appellant's attorney responded stating, he had filed a motion to withdraw in the trial court that was still pending. On June 4, 2015, this court received a supplemental clerk's records containing the trial court's order granting counsel's motion to withdraw, and on June 9, 2015, received the trial court's appointment of appellate counsel.

It is therefore ORDERED that appellant's brief is due within thirty days from the date this order is signed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court